United States Courts
Southern District of Texas
FILED
*September 25, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. 4:24-cr-00565-S |
| § | |
| MIZIAH SHEPHERD § | |
| § | |
| Defendant. § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **MIZIAH SHEPHERD , TDCJ: 02566415,** duly committed to the Warden of TDCJ-Segovia Unit, 1201 East El Cibolo Road, Edinburg, Texas 78542, is a defendant in the above-captioned case which will be called for the purpose of a re-arraignment in the United States District Court for the Southern District of Texas, Houston Division, on the _____ day of _____, 2025, at _____ A.M./P.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Warden of TDCJ- Segovia Unit, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Warden of TDCJ- Segovia Unit, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the _____ day of _____, 2025, so that he may be present in this cause at that time.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    United States Attorney

By: *Sebastian Edwards*
    SEBASTIAN EDWARDS
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 567-9000 Phone
    (713) 718-3300 Fax