

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-24-565 |
| MIZIAH SHEPHERD       (4) | § § | |

## NOTICE OF RE-SETTING

This case has been **RESET** for the following before Senior United States District Judge Sim Lake:

### RE-ARRAIGNMENT

Date:       October 27, 2025

Time:       11:30 a.m.

Place:      515 Rusk
            Courtroom 9-B, 9th Floor
            Houston, Texas

To:         All Parties of Record
            ***DEFENDANT MUST BE PRESENT***


For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

October 23, 2025