United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H–24-565 |
| | § |
| MIZIAH SHEPHERD        (4) | § |

## ORDER

It is **ORDERED** that the Unopposed Motion to Reset Sentencing Date and Deadlines (Instrument no. 140) is **GRANTED**; the present Order for Presentence Investigation and Disclosure & Sentencing Dates (docket no. 137) is **VACATED**.

In lieu of issuing an Amended Order for Presentence Investigation it is **ORDERED** that the Parties **SHALL** submit a Joint Status Report on or before **March 27, 2026**, and every sixty (60) days thereafter, on the progress of this case.

**SIGNED** at Houston, Texas, on this 23rd day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE